UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT D. SANGO,

    Plaintiff,                           Case No. 2:15-CV-106

v.                                          Hon. Gordon J. Quist

TODD BASTIAN, et al.,

    Defendants.
_____/

# ORDER ADOPTING
# REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Timothy Greeley's March 29, 2017, Report and Recommendation recommending that the Court deny Plaintiff's motion for summary judgment against Defendant Bastian. The Report and Recommendation was duly served on the parties on March 29, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 29, 2017 (ECF No. 58), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 33) is **DENIED**.

Dated: April 18, 2017                                         /s/ Gordon J. Quist
                                                           GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE