UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT D. SANGO,

        Plaintiff,

v.

TODD BASTIAN, et al.,

        Defendants.

        Case No. 2:15-CV-106

        Hon. Gordon J. Quist

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Timothy Greeley's June 13, 2017, Report and Recommendation recommending that the Court grant Defendants' motion for summary judgment and dismiss the case in its entirety. The Report and Recommendation was duly served on Plaintiff on June 14, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 13, 2017 (ECF No. 64), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 55) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.[1]

Dated: July 18, 2017

        /s/ Gordon J. Quist
        GORDON J. QUIST
        UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the Report and Recommendation was returned as Plaintiff failed to leave a forwarding address. (ECF No. 66.) Such failure is itself a violation of W.D. Mich. LCivR 41.1, justifying a dismissal for failure to prosecute the case.